IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO: |
| | : | 7:26-cr-4–WLS-ALS-1 |
| | : | |
| KENYATTA DENARD MITCHELL, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Previously, the Court provided the Parties with notice that Defendant Kenyatta Denard Mitchell's ("Mitchell")[1] case was scheduled for pretrial conference on Wednesday, April 1, 2026, at 3:00 p.m., and for trial during the Court's Valdosta May 2026 Trial Term beginning May 4, 2026 (Doc. 38). In the event the case is not ready for trial, the Parties were ordered to file a motion to continue at least two days prior to the date of the noticed pretrial conference. (Id.) Defendant Mitchell filed a timely Motion for Continuance and Extension of the Speedy Trial Act (Doc. 42) ("Motion") to allow his counsel time to receive and review discovery, properly investigate, and discuss the case with Defendant Mitchell so as to provide him with effective assistance of counsel. Defense Counsel represents that he conferred with Government's counsel, who does not oppose the Motion.

Defendant further states that the ends of justice served by granting the continuance outweigh the best interests of the Defendant and the Government[2] in a speedy trial, and that

---

[1] The pretrial conference and trial dates of Mitchell's Co-Defendant Cedric Lervell Sears ("Sears") were set for the same dates as those for Mitchel. To date, Sears has not requested a continuance.

Based on the Speedy Trial Act deadline, Co-Defendant Sheletha Jill Mitchell's pretrial conference was set for March 18, 2026, and her trial was specially set to begin April 13, 2026. At her request for a continuance, a separate Order will be entered continuing Co-Defendant Sheletha Jill Mitchell's trial to the Court's August 2026 Valdosta Trial Term.

[2] To satisfy 18 U.S.C. § 3161(h)(7)(A)-(B), the Court assumes Defense Counsel intended to state that the ends of justice served by granting the continuance outweigh the best interests of the *public* and the *Defendant* in a speedy trial, and the Court so finds based on the statements in the Motion.

1

the period of delay in continuing the trial be excluded under the Speedy Trial Act 18 U.S.C. § 3161.

Accordingly, based on the Defendant Mitchell's reasons as stated above and in his Motion and the Court's review of the entire record, the Court finds that a continuance is required for Defense Counsel to effectively prepare for trial. The Court further finds the ends of justice served by granting such continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the Motion (Doc. 42) is **GRANTED**, as follows:

1. The trial in the above-referenced matter is **CONTINUED** to the Court's Valdosta Division **August 2026** Trial Term and its conclusion, or as may otherwise be ordered by the Court.

2. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, is **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would (a) likely result in a miscarriage of justice, (b) deny Defendant the continuity of counsel, and (c) deny Defense Counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv).

3. The April 1, pretrial conference is **CANCELLED**.

**SO ORDERED**, this 16th day of March 2026.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**