IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

UNITED STATES OF AMERICA,        :

          :

   v.          :        CASE NO:

          :        7:26-cr-4–WLS-ALS

KENYATTA DENARD MITCHELL,   :
aka CHOP,
CEDRIC LERVELL SEARS, aka SED,   :
and SHELETHA JILL MITCHELL

          :

   Defendants.          :

          :

## ORDER

The Court intends to notice this case for the August 2026 Valdosta trial term. All Parties' counsel shall review the case, confer, and inform the Court no later than **Friday, May 29, 2026,** whether any matters require a hearing or further briefing or whether the case is otherwise ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; **otherwise, this case will be noticed for a pretrial conference.**

**SO ORDERED** this 15th day of May, 2026.

/s/W. Louis Sands
W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT

1