IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>**KENYATTA DENARD MITCHELL,** aka CHOP, **CEDRIC LERVELL SEARS,** aka SED, and **SHELETHA JILL MITCHELL**<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **CASE NO:**<br>**7:26-cr-4–WLS-ALS** |

## ORDER

The Court intends to notice this case for the November 2026 Valdosta trial term. All Parties' counsel shall review the case, confer, and inform the Court no later than **Friday, August 28, 2026**, whether any matters require a hearing or further briefing or whether the case is otherwise ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; **otherwise, this case will be noticed for a pretrial conference**.

SO ORDERED this 17th day of August, 2026.

/s/W. Louis Sands
W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT